PD-0601-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/24/2015 4:08:28 PM
Accepted 6/25/2015 4:54:20 PM
ABEL ACOSTA
CLERK

## NO. PD-0601-15

| | | |
|---|---|---|
| **JAMES SCOTT FRELS** | § | **IN THE TEXAS COURT** |
| | § | |
| vs. | § | **OF CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

ON APPEAL FROM CAUSE NO. 12-13-00241-CR IN THE 12TH COURT OF APPEALS, TYLER, TEXAS APPEALED FROM CAUSE NO. 9953 258TH JUDICIAL DISTRICT COURT, TRINITY COUNTY, TEXAS

### MOTION FOR LEAVE TO FILE LATE PDR

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes James Scott Frels, appellant in the above styled and numbered cause, and moves for leave to file his MOTION TO FILE LATE PETITION FOR DISCRETIOANRY REVIEW (PDR), and for good cause shows the following:

The Twelfth Court of Appeals delivered its Memorandum Opinion on April 22, 2015 which affirmed the judgment. The appellant's petition for discretionary was due on June 22, 2015. Counsel requests the appellate court for leave to file a late petition for discretionary review and pursuant to TEX. R. APP. P. 2 to suspend the rules and accept the appellant's petition as timely filed on June 24, 2015. By filing the Petition for Discretionary Review on June 24, 2015 the brief will be two (2) days late.

FILED IN
COURT OF CRIMINAL APPEALS

June 25, 2015

ABEL ACOSTA, CLERK

In lieu of the requested extension, counsel request leave of court to file the petition for discretionary review as timely but late. This motion is not made for purposes of delay but that justice may be done and not effect the appellate rights of the Appellant. Defendant request that this motion be granted without a hearing.

WHEREFORE, PREMISES CONSIDERED, appellant respectfully requests leave to file her late petition for discretionary review in support of her appeal in this case.

Respectfully submitted,

*Albert J. Charanza, Jr.*
Albert J. Charanza, Jr.
Charanza Law Office, P.C.
P.O. Box 1825
Lufkin, Texas 75902
936-634-8568
936-634-0306 (fax)
State Bar No. 00783820

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing **MOTION FOR LEAVE TO FILE LATE PDR** was served upon the District Attorney's Office, Angelina County, Texas, 215 East Lufkin Avenue, Lufkin, Texas 75901 on June 24, 2015 via facsimile.

*Albert J. Charanza, Jr.*
Albert J. Charanza J